UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KEILA SEVERINO et al.,                                      :
                              Plaintiffs,    :        21 Civ. 10720 (LGS)
:
              -against-                               :        ORDER
:
AVONDALE CARE GROUP, LLC,                                   :
                              Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference in this matter is scheduled for March 16, 2022.

      WHEREAS, Plaintiff served a request to waive service upon Defendant on February 25, 2022.  It is hereby

      **ORDERED** that the initial pretrial conference scheduled for March 16, 2022, is **adjourned** to **May 11, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749.  The adjournment is to permit Defendant the opportunity to file a pre-motion letter in anticipation of a motion to compel arbitration or motion to dismiss, pursuant to this Court's Individual Rules.

Dated: March 10, 2022
       New York, New York

                                             LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE