```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
KEILA SEVERINO, individually and behalf of                   :
all other similarly situated persons,                        :
                                  Plaintiff,                 :       21 Civ. 10720 (LGS)
                                                             :
                  -against-                                  :       ORDER
                                                             :
AVONDALE CARE GROUP, LLC,                                    :
                                  Defendant.                 :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference is scheduled in this action for May 11, 2022.

WHEREAS, the parties did not timely file a joint letter and proposed case management plan in advance of the initial pretrial conference per the Court's Individual Rules. It is hereby

**ORDERED** that the initial pretrial conference scheduled for May 11, 2022, is **adjourned** to **May 18, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. It is further

**ORDERED** that the parties shall file a joint letter and proposed case management plan by **May 11, 2022**.

Dated: May 10, 2022
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE