USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Keila Severino, individually and behalf of all other similarly situated persons,

          Plaintiff,

-against-

Avondale Care Group, LLC,

          Defendant.

1:21-cv-10720 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    WHEREAS, by Order, dated May 9, 2022, District Judge Schofield directed the parties to meet and confer to agree on a "corrective notice" to be provided to opt-ins, as well as corrections to any ongoing solicitation and, by May 20, 2022, to file a joint letter either (i) confirming that they have agreed on such notice and corrections, or (ii) submitting the amended notice and solicitation, indicating side-by-side or in footnotes any provisions on which the parties cannot agree (ECF No. 61); and

    WHEREAS, on May 20, 2022, the parties filed the required joint letter (ECF No. 70) that included a redline with footnotes of a letter/notice (Ex. A, ECF No. 70-1), and a redline with footnotes of changes to Plaintiff's counsel's website (Ex. B, ECF No. 70-2); and

    WHEREAS, on May 23, 2022, Judge Schofield referred this case to the undersigned for pretrial purposes (ECF No. 71); and

    WHEREAS, as directed (ECF No. 72), Plaintiff's counsel emailed to the undersigned Word versions of ECF Nos. 70-1 and 70-2; and

WHEREAS, the Court has reviewed the parties' submissions and prepared the notice and website changes that are annexed as Exhibits A and B to this Order.

NOW, THEREFORE, it is hereby ORDERED that, if either Plaintiff or Defendant objects to any portions of Exhibit A and/or Exhibit B hereto, she or it, no later than June 3, 2022, shall show cause in a letter filed to the ECF docket why such portions should be modified, with citation to legal authority supporting such modification(s).

The Court shall email Word versions of Exhibits A and B hereto to the parties.

**SO ORDERED.**

Dated:   New York, New York
         May 27, 2022

_____
STEWART D. AARON
United States Magistrate Judge