# GETMAN, SWEENEY & DUNN, PLLC

Getman, Sweeney & Dunn, PLLC
Attorneys at Law
260 Fair Street
Kingston, N.Y. 12401
845-255-9370
fax 845-255-8649

June 3, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2022

Hon. Stewart D. Aaron
U.S. Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Severino, et al. v. Avondale Care Group, LLC*, Case No.: 1:21-cv-10720

Dear Magistrate Judge Aaron:

      This letter is sent by Plaintiffs' counsel in response to the Court's May 27, 2022, Order (ECF No. 75). Plaintiffs do not object to the content of either Exhibits A or B. However, because many opt-in Plaintiffs' primary language is Spanish, Plaintiffs' Counsel requests the Court's approval to translate the letter, Exhibit A, into Spanish and mail both versions of the letter. Counsel for Defendant does not oppose this request.

      Respectfully submitted,

      */s/ Matt Dunn*

No later than 6/13/2022, Plaintiffs' counsel shall (1) mail to opt-ins both English and Spanish language versions of the letter filed at ECF No. 75-1, and (2) shall make the changes to their website that are reflected in the document filed at ECF No. 75-2. SO ORDERED.
Dated: 6/4/2022