```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Keila Severino, individually and behalf of all other similarly situated persons,

                Plaintiffs,

-against-

Avondale Care Group, LLC,

                Defendant.

1:21-cv-10720 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties today, it is hereby ORDERED that the parties' joint request for a stay of discovery is DENIED. However, the Court hereby extends the deadline for completion of discovery to a date to be determined after decision on Plaintiffs' anticipated motion for conditional certification of a collective action.

The parties are encouraged to conduct suitable merits-based discovery prior to the Court's decision on Plaintiffs' anticipated motion.

**SO ORDERED.**

Dated:    New York, New York
            July 7, 2022

_____
STEWART D. AARON
United States Magistrate Judge