UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEILA SEVERINO,
                              Plaintiff,

              -against-

AVONDALE CARE GROUP, LLC,
                             Defendant.
------------------------------------------------------------X

21 Civ. 10720 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 12, 2022, scheduled a pre-motion conference for September 28, 2022, at 4:30 P.M. (Dkt. No. 68);

WHEREAS, the fact discovery deadline has been extended to a date to be determined after decision on Plaintiffs' motion for conditional certification (Dkt. No. 96).

It is hereby **ORDERED** that the pre-motion conference scheduled for September 28, 2022, at 4:30 P.M., is **adjourned sine die**.

Dated: September 20, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE