USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Keila Severino, individually and behalf of all other similarly situated persons, | |
| Plaintiffs, | 1:21-cv-10720 (LGS) (SDA) |
| -against- | ORDER |
| Avondale Care Group, LLC, | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Tuesday, May 16, 2023, at 4:00 p.m. EST to discuss the May 5, 2023 Letter Motion. (ECF No. 246.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated: New York, New York
May 11, 2023

_____
STEWART D. AARON
United States Magistrate Judge