UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEILA SEVERINO, KHADY GUEYE, and DELSA JIMENEZ** individually and on behalf of all other similarly situated persons,<br><br>       **Plaintiffs,**<br>   v.<br>**AVONDALE CARE GROUP, LLC**<br>       **Defendant.** | Case No. 1:21-cv-10720-LGS-SDA |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that, as further stated in the accompanying Memorandum of Law in Support of Class Counsel's Motion for Final Approval of Class Action Settlement, in addition to the Declarations of Karen Kithan Yau, Philip Bohrer, Richard Simmons, and the Parties' executed Settlement Agreement, individually and on behalf of all other similarly situated persons, move this Court, before the Honorable Stewart D. Aaron, at the United States Courthouse, 500 Pearl St., New York, NY, on January 31, 2024 at 11:00 am EST for an Order:

(1) approving the Settlement Agreement (Dkt. 292-1) and all of its terms as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e);

(2) entry of the Final Approval Order;

(3) directing the Parties and Settlement Administrator to proceed with the administration of the settlement in accordance with the terms of the Settlement Agreement;

(4) dismissal of this case with prejudice, subject to the Court's retention of jurisdiction to oversee enforcement of the Settlement Agreement;

(5) for any other relief the Court deems appropriate under the circumstances.

1

A proposed order is attached as Exhibit 1 and will be sent to Court's Chambers in Microsoft Word format for the Court's convenience.

Date: January 17, 2024

Respectfully Submitted,

*/s/ Matt Dunn*
Matt Dunn, Esq.
Karen Kithan Yau, Esq.
Elisabeth Schiffbauer, Esq.
GETMAN, SWEENEY & DUNN PLLC
260 Fair Street
Kingston NY 12401
Tel: (845) 255-9370
Fax: (845) 255-8649
Email: kyau@getmansweeney.com
Email: mdunn@getmansweeny.com
Email: eschiffbauer@getmansweeney.com

Philip Bohrer, Esq. (admitted pro hac vice)
Scott E. Brady, Esq. (admitted pro hac vice)
BOHRER BRADY LLC
8712 Jefferson Highway, Ste. B
Baton Rouge, LA 70809
Tel: (225) 925-5297
Fax: (225) 231-7000
E-mail: Phil@bohrerbrady.com
E-mail: Scott@bohrerbrady.com

*Class Counsel for Plaintiffs*

1